IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. :
:
MARIO SILVA RODRIGUEZ : 1:14CR218-1
TONY MEMIZE RODRIGUEZ, : 1:14CR218-2
also known as Tony Memije :

The Grand Jury charges:

COUNT ONE

From in or about 2009, continuing up to and including the present, the exact dates to the Grand Jurors unknown, in the Counties of Davidson and Forsyth, in the Middle District of North Carolina, and elsewhere, MARIO SILVA RODRIGUEZ, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute quantities of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code,

Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

COUNT TWO

On or about December 2, 2010, in the County of Forsyth, in the Middle District of North Carolina, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, willfully, knowingly and intentionally did unlawfully distribute 14.12 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about December 9, 2010, in the County of Forsyth, in the Middle District of North Carolina, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, willfully, knowingly and intentionally did unlawfully distribute 53.48 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812;

in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about December 22, 2010, in the County of Forsyth, in the Middle District of North Carolina, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, willfully, knowingly and intentionally did unlawfully distribute 96.50 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about January 13, 2011, in the County of Davidson, in the Middle District of North Carolina, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, willfully, knowingly and intentionally did unlawfully distribute 97.60 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about February 9, 2011, in the County of Davidson, in the Middle District of North Carolina, MARIO SILVA RODRIGUEZ willfully, knowingly and intentionally did unlawfully distribute 112.3 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

On or about February 17, 2011, in the County of Davidson, in the Middle District of North Carolina, MARIO SILVA RODRIGUEZ willfully, knowingly and intentionally did unlawfully distribute 83.50 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

On or about February 28, 2011, in the County of Davidson, in the Middle District of North Carolina, MARIO SILVA RODRIGUEZ willfully, knowingly and intentionally did unlawfully distribute

115.4 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT NINE

On or about March 4, 2011, in the County of Davidson, in the Middle District of North Carolina, TONY MEMIZE RODRIGUEZ, also known as Tony Memije, willfully, knowingly and intentionally did unlawfully distribute 250.3 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TEN

On or about March 11, 2011, in the County of Davidson, in the Middle District of North Carolina, MARIO SILVA RODRIGUEZ willfully, knowingly and intentionally did unlawfully distribute 69.7 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United

States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/ signature

RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

/s/ signature

RIPLEY RAND
UNITED STATES ATTORNEY

6